IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FARRIS PALMORE, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:06cv68-MEF |
| MARTIN ADAMS, *et al.*, | ) |
|     Defendants. | ) |

## **O R D E R**

On February 13, 2006, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that:

1. Plaintiff's complaint against Defendants Adams, Steensland, and Byrd is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

2. Plaintiff's challenge to his current confinement is DISMISSED without prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. This case is DISMISSED prior to service of process.

Done this the 7th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE