IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FARRIS PALMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv68-MEF |
| ) | |
| MARTIN ADAMS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this case is DISMISSED prior to service of process.

Done this the 7th day of March, 2006.

                                                                                     /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE